**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LAWCO USA, PLLC,

     *Plaintiff,*

     v.

COOPER LAW FIRM, LLC,

     *Defendant.*

Civil Action No.:

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Cooper Law Firm, LLC ("CLF") hereby removes the civil action styled "LawCo USA, PLLC v. Cooper Law Firm, LLC," Number 2022-CA-003131- B, pending in the Superior Court for the District of Columbia, to this Court pursuant to 28 U.S.C §§ 1332, 1441, and 1446. In support of this removal, CLF respectfully represents as follows:

## SUPERIOR COURT PROCEEDING

1.

Plaintiff LawCo USA, PLLC ("LawCo") commenced this action in the Superior Court for the District of Columbia on or about July 14, 2022, seeking injunctive and declaratory relief related to, and specific performance of, a single provision of a joint venture agreement contract ("the JVA") between LawCo and CLF. **Exhibit 1; Exhibit A** *attached thereto.*

## REMOVAL IS TIMELY

2.

The JVA concerns the procurement and legal representation of clients injured by hernia mesh implants, and includes certain provisions as to the division of attorney fees generated by such representation. The single provision at issue in LawCo's complaint involved the establishment and management of a joint bank account where settlement funds were to be deposited. **Exhibit 1;**

**Exhibit A** *attached thereto.* No such account was ever created, and at the time LawCo filed its complaint no such funds had been recovered. The Superior Court proceeding was thus not removable as of the filing of the initial complaint, because the amount in controversy at that time did not exceed $75,000.

3.

LawCo's choice of venue suggests they themselves did not believe the amount in controversy exceeded $75,000 at the time they filed their initial complaint, because they chose to file it in Superior Court for the District of Columbia despite a forum selection clause in the JVA deeming this Court the proper venue for any disputes related to the JVA.

4.

On December 23, 2022, LawCo amended its complaint to allege additional breaches of provisions of the JVA involving approval of "any" settlement and "all" distributions of funds. **Exhibit 13**. LawCo further alleged it had the "sole and exclusive right under [the JVA] to collect settlement proceeds and distribute them" to CLF, and accused CLF of improperly withholding attorney fees due LawCo pursuant to the JVA. In so doing, LawCo placed in controversy fees from all pending hernia mesh claims – at least 70 – filed pursuant to the JVA. CLF reasonably believes the aggregate value of these fees will be well in excess of $75,000. Service of the amended complaint was accepted by CLF on January 4, 2023, which was the moment when it first could be ascertained that this case became removable.

5.

Accordingly, this Notice is timely pursuant to 28 U.S.C. § 1446(b)(3).

2

## DIVERSITY JURISDICTION

6.

LawCo USA, PLLC is a limited liability company organized under the laws of, and with its principal place of business in, the District of Columbia. None of its members or managers are citizens or domicilliaries of Louisiana.

7.

Cooper Law Firm, LLC is a limited liability company organized under the laws of, and with its principal place of business in, Louisiana. None of its members or managers are citizens or domicilliaries of the District of Columbia.

8.

Accordingly, the parties herein are completely diverse for purposes of 28 U.S.C §1332(a).

## REMOVAL IS PROPER

9.

As described herein, the parties are completely diverse and the amount in controversy now exceeds $75,000, satisfying the requirements of 28 U.S.C §1332. This action is therefore removable pursuant to 28 U.S.C §1441.

## NOTICE TO SUPERIOR COURT AND OPPOSING PARTY

10.

Pursuant to 28 U.S.C. § 1446(a), 28 U.S.C. § 1447(b), copies of all process, pleadings, and orders filed into the Superior Court record are attached as **Exhibits 1** through **17**. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice will be served upon counsel for the Plaintiffs and filed with the Clerk of the Superior Court for the District of Columbia.

## PRAYER FOR RELIEF

**WHEREFORE,** Defendant Cooper Law Firm, LLC prays that the aforementioned action be removed to the United States District Court for District of Columbia.

Defendant CLF further prays this Court, in exercising its jurisdiction over this action, enter such orders or grant such other relief as may be necessary to secure removal herein and to prevent further proceedings in the Superior Court for the District of Columbia.

Dated:  February 1, 2023

Respectfully submitted,

PAULSON & NACE, PLLC

_/s/  Christopher T. Nace_
Christopher T. Nace, Esq.
Bar No. 977865
1025 Thomas Jefferson St., NW
Suite 810
Washington, DC 20007
202-463-1999 (Tel.)
202-223-6824 (Fax)
ctnace@paulsonandnace.com

AND

Celeste Brustowicz
**COOPER LAW FIRM, LLC**
1525 Religious Street
New Orleans, Louisiana 70130
Telephone: (504) 399-0009
Fax: (504) 309-6989
cbrustowicz@clfnola.com
*(Admission approved, to be sworn in 2/6/2023)*
*Attorneys for Defendant Cooper Law Firm*

4